Case Number: 15-004054-CI

Filing # 28931735 E-Filed 06/25/2015 11:36:13 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DEBRA DROBISH,

    Plaintiff,

v.                                            Case No.:

BAYADA HOME HEALTH CARE, INC.,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, DEBRA DROBISH, hereinafter referred to as "PLAINTIFF" by and through her undersigned counsel and sues the Defendant, BAYADA HOME HEALTH CARE, INC., hereinafter referred to as 'DEFENDANT" and states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of $15,000.

2. Venue is proper within Pinellas County because a substantial part of the events giving rise to this claim arose in this Judicial District.

### PARTIES

3. Plaintiff is a resident of Pasco County, Florida, and at all material times, was employed as a certified nursing assistant for Defendant.

4. Defendant is a foreign corporation licensed and authorized to conduct business in the State of Florida an doing business within Pinellas County.

### FACTS

5. Plaintiff began her employment with Defendant on or about March 17, 2011, as a certified nursing assistant.

6. On November 6, 2013, Plaintiff began providing care to patient C. S. This patient had specific dietary needs and desires.

7. Due to the length of her commute relating to patient C. S., Plaintiff resigned her work related to that case on or about April 14, 2014, after giving a two week notice.

8. Defendant provided ongoing patient assignments to Plaintiff following her resignation from patient C. S.

9. On or about September 12, 2014, Defendant asked Plaintiff to resume care for C. S. as they were having a difficult time staffing the account and the patient had experienced a decline in his physical and mental well being. Defendant explained that they wanted someone who was familiar with C. S.

10. Plaintiff agreed to Defendant's request and returned to the patient account.

11. On her first shift back Plaintiff noticed that Patient C. S. had deteriorated significantly from when she last worked with him months earlier.

12. Plaintiff noticed that his dietary needs and desires were being neglected which had contributed to his decline.

13. Plaintiff also alerted Defendant that she believed he had suffered abuse in the interim.

14. In addition, she found him with ants crawling on him in his bed. She immediately reported this condition to the office.

15. On or about October 5, 2014, after several visits where she had observed his dietary desires being neglected, she with knowledge and approval of Katrina in on call, purchased $75.47 in food items on her way to her visit.

16. The patient reimbursed Plaintiff for the amount during her shift by issuing her a check. Plaintiff provided a receipt for the items to the Defendant as requested.

17. A few days later on October 8, 2014, following her complaints of neglect and abuse relating to C. S., Plaintiff was involuntarily removed from the case. Further Plaintiff has received no new patients in the months that have preceded the filing of this lawsuit.

## COUNT I
## (RETALIATION FOR REPORTING ELDER ABUSE)

18. Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in paragraphs 1 – 17.

19. This is an action for damages pursuant to Fla. Stat. Ann. § 415.1034 and §415.1036.

20. Defendant retaliated against Plaintiff as set forth above because she objected to and/or reported abuse, neglect or exploitation regarding C. S.

21. Plaintiff's termination was in retaliation for her reports and the timing of detrimental action establishes a rebuttable presumption that it was retaliatory.

23. The retaliatory actions of Defendant violate Florida's Statute Chapter 415.

24. As a result of the retaliatory actions of Defendant Plaintiff has suffered damages.

WHEREFORE, Plaintiff, DEBRA DROBISH, demands judgment against Defendant, BAYADA HOME HEALTH CARE, INC., and for back pay and benefits; interest on back pay; front pay and/or lost earning capacity; compensatory damages; punitive damages; costs and attorneys' fees; and for such other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

25. Plaintiff demands a trial by jury on all issues so triable.

DATED THIS 25th day of June 2015.

                    FLORIN, ROEBIG, P.A.

                    /s/Wolfgang M. Florin
                    Wolfgang M. Florin
                    Primary E-mail address:wmf@florinroebig.com
                    Florida Bar No.: 907804
                    Christopher D. Gray
                    cdg@florinroebig.com
                    Florida Bar No.: 902004
                    Lindsey C. Kofoed
                    lck@florinroebig.com
                    Florida Bar No.: 63956
                    Secondary E-Mail Addresses:
                     LABOR_efiling@florinroebig.com
                    tsm@florinroebig.com
                    777 Alderman Road
                    Palm Harbor, FL 34683
                    Telephone No.: (727) 786-5000
                    Facsimile No.: (727) 772-9833
                    Attorneys for Plaintiff